FILED
October 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SM
DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE __________ DISTRICT OF TEXAS**
**__________ DIVISION**

Lisa Kay Randle 1219026S
Plaintiff's Name and ID Number

McLonna County Jail
Place of Confinement am know
Longer Consinement

CASE NO. 6:22-cv-1115 6:22-CV 1099
(Clerk will assign the number)

v.

Robinson Police Department
Defendant's Name and Address
I don't know the address
Sheriff Department
Defendant's Name and Address

US Marshall
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: February 25, 2022
      2. Parties to previous lawsuit:
         Plaintiff(s) Lisa Kay Randle
         Defendant(s) Robinson Police Department
      3. Court: (If federal, name the district; if state, name the county.) McLenna
      4. Cause number: _____
      5. Name of judge to whom case was assigned: I'm filing a complaint
      6. Disposition: (Was the case dismissed, appealed, still pending?) no
      7. Approximate date of disposition: I don't know

2

II. PLACE OF PRESENT CONFINEMENT: McLenna Court Jail as of May 5 Release to home

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES __ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Lisa Kay Randle 482 Seniceros Ln, Lorena, Texas 76655

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Robinson Police Department

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
made me come out the restroom then call another to come in see them drove me to Jail without a shirt

Defendant #2: Robinson police department and US Marsall

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I fell I was violated and rape all over again

Defendant #3: Robinson Police Department US Marsall

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I fell I was violated and rape all over again

Defendant #4: Robinson Police Department Us Marsall

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I fell I was violated all over again

Defendant #5: Robinson Police Department US Marsall and Sheriffe Deparment

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I fell I was violated all over again

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On August 13, 2021 Robinson Police Department and the US Marshall came to my home around 7:30 or 8:00 am. The office call out my Lisa Randle come out, I was naked in told the office I was nake, The office was cover up so his face would show, He ask me to hold me hands in the air, im come out so he could see if I was nake so I did it then I went back in the Rest Room.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need help now I feel like someone is watch I know Robinson Police department

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Lisa K Randle Ka Kay

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
00S9344

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES  ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 8-13-2021
                 DATE

_Lisa Kay Randle_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __1st__ day of __7-1-2022__, 20__22__.
              (Day)           (month)           (year)

_Lisa Kay Randle_
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

V. Statement of claim          page 4
I ask the office could I come out in get me some close to put cause I don't have anything on. Then another office ask me to come out but the first office was still in the door, I believe it was a Robinson Police ask me to come out so he could see. So I did what he ask Then start feeling disRepected, Vilated. I state feeling as am being Rape disRepected as a black felmale woman, Then I start to think if they wanted me they would had came in the house to get me, I told the officer that was in the door could I come out because I had clean close to put on he told me he would get me some close to put. So I through about the dirty close in the line closet. I found pants UMware No top so I came out the Restroom in

V.
in tryed to get to the close basket to get me a shirt, The officer that was in the door way grad me in pull me outside, without a shirt on, yes I had a bra on, once the officer pull me outside in front of all the other officer I start feel all kind of thing, I felt I was being violated disrepect it was like they where takeing aventage of me it was if I was being Raped all over again. Am ashame I feel as am being judge people pointting figure at me whiseting about me, once He got me too McLenna Jail The lady office, way you don't have a shirt on. Then the Robinson Police office, in the US marshall made me feel out of place as a woman. This is parted of question V. statement.

VI Relief hurter page 4
Is trying to hurt me. When I
was in jail He came in the door
of my tank in put a pillar over
my face I tried to get help
but I couldn't get nobody to
help me. I had a pencil on
my bunk I grabed it I
stuck him with the pencil
let the pillar go in run
out the door.

## VI. Relief:

page 4

State briefly exactly what you want the court to do for you.

I need help getting my life on track, I'm not saying the it was all that good but, I was living. my mental conduction is worse I once had trust in police officer, now I don't have some much trust in them because I feel I was violated again by a man. I don't to much want to live my house to take care of my business. It like everybody is out to get, laugh talking about me and ugding me point figures at me. It's hard for me to sleep at night I hear there voice's knock on my door's and window. Could you please tell me what they need to do for me. I feel as I was treated very disrepect. My life is being taking away from of me cause of man. Once that I had trust faith in, An belived that would alway be there to help protect me from being violated by other people. I don't trust the people that should be there if my not there for myself. Male police officer.

To the court my concern, is that the court will let them use code of silents on the things they did to me Lisa Kay Rardle.

Lisa Randle

Lisa Kay Randle
482 Seniceros Ln
Lorena, Texas 76655

RECEIVED
OCT 24 2022
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk US District Court
Western District of Texas
United States Courthouse
800 Franklin Avenue, Room 380
Waco, Texas 76701